JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMUNDIE O. BROWN, | Case No. LA CV 14-1750 JAK (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BRIAN DUFFY, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 8/10/15

_____

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE